**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Action No. 07-cr-00172-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

4. DAMON BROOKS,

    Defendant.

## ORDER RESETTING SENTENCING DATE

This matter comes before the Court *sua sponte*. A scheduling conflict has arisen on this Court's docket on the sentencing date for the above-referenced Defendant in this case. Therefore, it is

ORDERED that Defendant Damon Brooks' sentencing date, currently set for December 29, 2008, at 9:00 a.m., is VACATED and RESET to **January 9, 2009 at 1:30 p.m.** in Courtroom A602 of the Arraj Courthouse.

DATED: December __1__, 2008.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge