**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE CHRISTINE M. ARGUELLO**

| | |
|---|---|
| Courtroom Deputy: Valeri P. Barnes<br>Court Reporter: Darlene Martinez<br>Probation Officer: Jan Woll | Date: January 9, 2009 |

Criminal Action No. 07-cr-00172-CMA-04

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | Gregory Rhodes |
|     Plaintiff, | |
| v. | |
| 4. DAMON BROOKS, | Daniel Smith |
|     Defendant. | |

---

**SENTENCING MINUTES**

---

**1:29 p.m.**    **Court in session.**

Defendant present in custody.

Also present: FBI Agent Todd Wilcox.

Change of Plea Hearing: November 2, 2007.

Defendant plead guilty to Count One of the Superseding Indictment and confessed to Count One Hundred Two, the forfeiture count.

The Government, defense counsel, and defendant were given an opportunity to make statements before sentencing.

**ORDER:**    United States §5K1.1 Motion for Downward Departure Based on

> Substantial Assistance **(1353)** is **granted**.

**ORDER:** United States Motion for One Offense Level Decrease Pursuant to U.S.S.G. § 3E1.1(b)(2) Based Upon Timely Notification of Intention to Enter Plea of Guilty **(1354)** is **granted** as amended to a Three Offense Level Decrease.

**ORDER:** United States Motion to Dismiss Counts 68-70 of the Superseding Indictment as to Defendant Damon Brooks **(1355)** is **granted**.

**Defendant sentenced as reflected in the record.**

Defendant advised of the right to appeal.

**ORDER:** Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**1:51 p.m.    Court in recess/hearing concluded.**

Total in-court time: 00:22